

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00395-CV

_____

GREGORY BOSTIC, Appellant

V.

LAKESIDE PHYSICIANS, AND HOOD MEDICAL GROUP D/B/A LAKESIDE PHYSICIANS, A TEXAS CORPORATION, Appellees

On Appeal from the 355th District Court
Hood County, Texas
Trial Court No. C2016187

Before Bassel, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Dismiss Under Rule 42.1."

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1, 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 11, 2019